CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN MENDOZA SANCHEZ, | ) | |
| Petitioner, | ) | Civil Action No. 7:07-cv-00432 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the report and recommendation [docket no. 18] of United States Magistrate Judge B. Waugh Crigler is hereby **ADOPTED**, petitioner's objections [docket no. 19] are **OVERRULED**, and respondent's motion to dismiss [docket no. 5] shall be and hereby is **GRANTED**. Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to petitioner and counsel of record for respondent.

**ENTER**: This 20th day of June, 2008.

/s/ Glen Conrad
United States District Judge